UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT GARRISON, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-cv-277-JPG |
| ) | |
| NATIONAL MANAGEMENT ) | |
| RECOVERY CORPORATION, ) | |
| ) | |
|     Defendant. ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on its own initiative for purposes of case management. Specifically, the Court is concerned with Defendant National Management Recovery Corporation's ("National Management") failure to respond to Plaintiff Robert Garrison's Motion (Doc. 8) to enforce settlement.

Pursuant to Local Rule 7.1(g), National Management's response was due fourteen days after said motion was served, but fourteen days have passed and National Management has not responded. The Court may, in its discretion, construe a party's failure to file a timely response as an admission of the merits of the motion. S.D. Ill. L. R. 7.1(c).

Being fully advised of the premises, the Court hereby **ORDERS** National Management to **SHOW CAUSE** on or before **September 10, 2010**, why the Court should not construe its failure to timely respond to Garrison's motion as an admission of its merits and grant the relief sought accordingly. Further, the Court **DIRECTS** the Clerk of Court to mail a copy of this memorandum and order to the following name and address:

Mr. Adam Jeffrey Katz, Esquire
General Counsel, NMRC, Inc.
Law Offices of Adam Jeffrey Katz, P.A.
5571 University Dr., Ste. 204
Coral Springs, FL 33067

**IT IS SO ORDERED.**
**Dated: August 31, 2010**

                    s/ J. Phil Gilbert
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**