UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT GARRISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10-cv-277-JPG |
| ) | |
| NATIONAL MANAGEMENT ) | |
| RECOVERY CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff Robert Garrison and against Defendant National Management Recovery Corporation for waiver of the underlying debt ($11, 033.78) and attorneys' fees and costs ($2,792.50).

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED: October 4, 2010**              **NANCY ROSENSTENGEL, CLERK**

                                         **s/Brenda K. Lowe, Deputy Clerk**


**Approved:**     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**